**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KENNETH L. SANFORD,<br><br>               Plaintiff,<br><br>   v.<br><br>M. HANNAH LAUCK, in her individual and official capacities, *et al.*,<br><br>               Defendants. | Case No. 25-cv-2664 (JMC) |

## <u>ORDER</u>

For the reasons stated in the accompanying memorandum opinion, the Municipal Defendants and Selective Insurance Company's motion to dismiss, ECF 13, is **GRANTED**. The Court also **DISMISSES** Sanford's claims against the Federal Defendants *sua sponte*.

Sanford's motion to take judicial notice, ECF 11, is **DENIED** as moot, as the Court has taken judicial notice of relevant court proceedings in its opinion. Sanford's motion for leave to file an updated motion for entry of default, ECF 55, is **DENIED** as moot because this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

                                       _____

                                       JIA M. COBB
                                       United States District Judge

Date: July 30, 2026